**Electronically Filed
Supreme Court
SCWC-13-0000418
12-OCT-2016
10:59 AM**

SCWC-13-0000418

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ONE WAILEA DEVELOPMENT, LLC, Petitioner/Plaintiff-Appellant,

v.

WARREN S. UNEMORI ENGINEERING, INC., Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000418; CIVIL NO. 07-1-0212)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Chan, in place of Recktenwald, C.J., recused)

Petitioner/Plaintiff-Appellant One Wailea Development,

LLC's Application for Writ of Certiorari, filed August 30, 2016,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 12, 2016.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Derrick H.M. Chan

